State v. Lewis Freeman (appellant), from Cumberland. Per Curiam, March 24. Affirmed. Attorney-General for the State; T. H. Sutton and C. W. Broadfoot for defendant.

T. S. Booth (appellant) v. W. T. Carrington Lumber Co., from Durham. Per Curiam, April 14. Affirmed. Manning & Foushee for plaintiff; Aycock & Winston and Bryant & Brogden for defendant.

State v. Make Watts and Sallie Rector (appellants), from Iredell. Per Curiam, May 19. Affirmed. L. C. Caldwell for defendants.

Samuel Dorsett, by next friend (appellant), v. C. W. Barbee, from Forsyth. Per Curiam, April 21. Affirmed. J. E. Alexander and Manly & Hendren for plaintiff; Watson, Buxton & Watson and D. H. Blair for defendant.

Robert Ballard v. George H. Bellinger (appellant), from Mecklenburg. Per Curiam, April 28. Affirmed. Shannonhouse & Jones for plaintiff; Tillett & Guthrie for defendant.

Harper Furniture Co. (appellant) v. Southern Express Co., from Caldwell. Per Curiam, May 19. Connor, J., not sitting, and the other Justices being evenly divided in opinion. Judgment affirmed. Jones & Whisnant for plaintiff; W. C. Newland and J. A. Barringer for defendant.

W. L. Lambert et al. (appellant) v. H. T. Williams et al., from Alexander. Per Curiam, April 28. Judge having found that only forty days was allowed, and case was not served within that time, petition for *certiorari* is denied. J. B. Connelly for plaintiff.

State (appellant) v. W. S. Daniels, from McDowell. Per Curiam, May 12. Affirmed. Attorney-General for the State.

State v. Jim Logan (appellant), from Rutherford. Per Curiam, May 5. Petition for *certiorari* denied. Attorney-General for the State.

Glaspy Newman v. Asheville Brick and Tile Co. (appellant), from Henderson. Per Curiam, May 19. Affirmed. Charles F. Toms and Moore & Rollins for plaintiff; Smith & Schenck and Murray Allen for defendant.